IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ET-15 LP TRANSCENDENT ELECTRA MGMT *doing business as* Ark Homes for Rent, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:25-cv-05781-WMR |
| MYLES HENDERSON *and All Others*, | |
| Defendant. | |

**ORDER**

This matter is before the Court on defendant Myles Henderson's ("Henderson") affidavit and application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a), [Doc. 1],[1] and "Notice of Removal of Action with a Federal Stay of Eviction" and emergency "Motion to Vacate and Set Aside Illegal Eviction and Dispossessory/Writ," [Doc. 1-1 (emphasis and all caps omitted)].[2] After

---

[1] The listed document and page numbers in citations to the record in this Order refer to the document and page numbers shown on the Adobe file reader linked to the Court's electronic filing database, CM/ECF.

[2] While the caption of the dispossessory complaint filed in the Magistrate Court of DeKalb County lists Henderson and "all others," [Doc. 1-2 at 1], no other occupants are named or properly joined as parties, and therefore, the Court may only evaluate subject matter jurisdiction as to the dispossessory action involving Henderson, see Braden Fellman Grp. Ltd. v. Miller, Civil Action No. 1:23-cv-05566-LMM, at [Doc. 4 at 1 n.1] (N.D. Ga. Dec. 6, 2023); see also Lakeside 358, LLC v. Johnson, CIVIL ACTION NO. 1:22-CV-1266-WMR-CCB, 2022 WL 2389243, at *1

consideration by the Court of the affidavit of indigency only, the request to proceed *in forma pauperis* is hereby **GRANTED** as to Henderson only, and he shall be allowed to proceed with this action without prepayment of filing fees, docket costs, or United States Marshals Service fees.  However, it is further **ORDERED** that service of process shall not issue at the present time, and the Clerk shall submit this file to the assigned District Judge for consideration of the request for an emergency motion to vacate writ of possession and for further proceedings, including a frivolity determination under 28 U.S.C. § 1915(e)(2), or referral of the action to the undersigned for that determination.

**IT IS SO ORDERED** this 8th day of October, 2025.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

---

n.1 (N.D. Ga. Apr. 4, 2022), adopted by 2022 WL 2389232, at *1 (N.D. Ga. May 3, 2022).