[RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta OCT 08 2025 KEVIN P. WEIMER, Clerk By: [signature] Deputy Clerk]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT GEORGIA
ATLANTA DIVISION

ET-15 LP, TRANSCENDENT ELECTRA
MGMT, LLC dba ARK HOMES FOR RENT
P.O. Box 451027
Atlanta, GA. 31145

Plaintiff,

Vs.

MYLES HENDERSON
3577 Saratoga Circle
Decatur, GA. 30034
Defendant,

FEDERAL CASE NO.
1:25-CV-5781

Cross Reference to Magistrate Case
Dekalb County Case: 25D22295

## NOTICE OF REMOVAL OF ACTION WITH A
## FEDERAL STAY OF EVICTION PURSUANT TO 28 USCA 1446 (D)
## MOTION TO VACATE AND SET ASIDE ILLEGAL EVICTION AND
## DISPOSSESSORY/ WRIT AND DECLARATORY RELIEF
## PRELIMINARY STATEMENT WITH INJUNCTION RELIEF

1.

This action is brought by Defendant Myles Henderson, who is being threaten with an Eviction action because of an wrongful dispossessory action and filing that took place on September 30th 2025 in the Magistrate Court of Dekalb County.

### JURISDICTION
2.

Jurisdiction and venue of this Court over this matter is invoked pursuant to the 28 U.S.C. A§ 1331, 1332, 1343 and 1357. The amount in controversy exceeds $3,000 exclusive of interest and costs.

### PARTIES
3.

Defendant Myles Henderson is the tenant of the property located at 3577 Saratoga Circle, Decatur, GA. 30034.

4.

Plaintiff who is acting as the Investor of my property is a debt collector. FDCPA 15 U.S.C. A§ 2605(i) (2).

5.

The Plaintiff may be served with a copy of this Removal upon its counsel of Record.

### NATURE OF THE ACTION
### AND BACKGROUND FROM DEFENDANT

6.7.8.

This is an action to enjoin Plaintiff from conducting and enforcing an illegal writ of possession and eviction with respect to property located in Dekalb County against Defendant to set aside the illegal Myles Henderson eviction in the Magistrate Court of Dekalb County. This property is located within the County of Dekalb. Defendant Myles Henderson further seeks injunction relief against the Plaintiff during this time.

### COUNT I
### PETITION OF REMOVAL

9.

The Plaintiff did violate 15 USC 1692, Rule 60 of the Federal Rule of Civil procedure and having legal duty to abort eviction pursuant to O.C.G.A. 51-1-6. The Magistrate Court of Dekalb County Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process Of Law. The Magistrate Court of Dekalb County Dispossessory is unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

### COUNT II
### ILLEGAL DISPOSSESSORY

10.

Defendant Myles Henderson avers that the Plaintiff illegal dispossessory piggy-backed upon Plaintiff having no legal standing to Evict on the Defendant Myles Henderson.

### PRAYER FOR RELIEF

**WHEREFORE,** the Defendant Myles Henderson respectfully requests that this Court:

1. Enjoin and issue **INSTANTER,** an emergency Notice Of Removal that was filed by the Defendant Myles Henderson.

2. Enjoin and issue **INSTANTER** an emergency Motion to Set Aside the Magistrate Writ Of Posssession because this case has been removed to the United States District Court Northern District Of Georgia (Atlanta Division)

3. Enjoin and issue **INSTANTER** a preliminary and interlocutory injunction against the Plaintiff illegal eviction.

4. Grant such other or further relief as is appropriate. Respectfully submitted,


*Myles Henderson*
Myles Henderson
(Pro Se / Petitioner)


## CERTIFICATE OF SERVICE

I Myles Henderson by certify that a copy of the foregoing
**NOTICE OF REMOVAL OF ACTION WITH A FEDERAL STAY OF EVICTION PURSUANT TO 28 USCA 1446** has been served pursuant to Fed.R. Civ.P 4
This 8th day of October 2025 upon all interested parties named below by regular United States Mail postage prepaid, unless another manner of service is expressly indicated, to ensure proper delivery:

ET-15 LP, TRANSCENDENT ELECTRA MGMT LLC,
DBA ARK HOMES FOR RENT
PO BOX 451027
ATLANTA,GA 31145

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed on October 8th 2025


*Myles Henderson*
Myles Henderson
(Pro Se)