25D22295

681913

**MAGISTRATE COURT OF DEKALB COUNTY**

MAGISTRATE COURT OF DEKALB COUNTY, GA
8/29/2025 10:59 AM**E-FILED**
25D22295
Clerk Kim Brock

DeKalb Courthouse - Civil Division
556 N. McDonough Street, Room 200
Decatur, GA 30030
404-371-2261

ET-15 LP, Transcendent Electra Management, LLC
dba ARK Homes for Rent
PO Box 451027
Atlanta GA 31145

CASE # _____

PLAINTIFF'S NAME/ADDRESS/PHONE/EMAIL

v. Myles Henderson and all others

Matthew Totten          #798589

3577 Saratoga Circle
Decatur GA 30034

mft@tottenfirm.com

DEFENDANT'S NAME & ADDRESS

PLAINTIFF'S ATTORNEY NAME/ADDRESS/PHONE/EMAIL

1. Defendant is in possession as tenant of the premises at the address in DeKalb County as stated above.
2. Affiant is the ☐ Owner  ☐ Attorney  ☒ Agent  ☐ Tenant and owner of said premises.
3. Defendant ☒ fails to pay the rent which is now past due;
   ☐ holds the premises over and beyond the term for which they were rented or leased to him;
   ☐ is a tenant at sufferance;
   ☐ other grounds: _____
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

**WHEREFORE,** Plaintiff DEMANDS
  (a) Possession of the premises.
  (b) Past due rent of $ 3658.69 for the month(s) JUL, AUG
  (c) Rent accruing up to the date of judgement of vacancy at the rate of $ 2329.20 per Month
  (d) Other: Plaintiff Seeks Possession + $500.00 Filing Fee + $465.84 Late Fees + $300.00 Other Fees

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

/s/ Benjamin Holder          8/29/2025    844-367-5481
PLAINTIFF(S) or AFFIANT      DATE         PHONE NUMBER / EMAIL ADDRESS

## SUMMONS

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 200, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia within seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit either online, in writing or orally (orally means in front of a deputy clerk). If no Answer is made, a writ of possession shall issue instanter. WITNESS the Honorable Chief Judge of said Court. The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. § 44-7-50 and summons issues pursuant thereto.

This _____ day of _____, _____

Clerk Kim Brock    8/29/2025 11:00 AM
DEPUTY CLERK, Magistrate Court of DeKalb County

### PRIVATE PROCESS SERVER AFFIDAVIT OF SERVICE

I have served the foregoing Affidavit and Summons on the Defendant(s) by delivering a copy of same:
☐ PERSONALLY  ☐ DEFENDANT NOT FOUND AT WITHIN ADDRESS ON SAID SUMMONS AND AFFIDAVIT
☐ N(O)TORIOUSLY (NAME) _____ Age ____ Wt. ____ Ht. ____
☒ TACK & MAIL. Posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed after attempting personal service. Said copy containing notice to the Defendant(s) to answer at the hour and place in said summons.

DATE OF SERVICE: 9/8/2025      DEFENDANT TO ANSWER ON OR BEFORE: 9/15/2025

PROFESSIONAL PROCESS SERVER
Rita Gutierrez Avalos

MAGISTRATE COURT OF
DEKALB COUNTY, GA.
9/10/2025 10:38 AM
BY: Nicole R Hill

To file your answer online visit www.AnswerDispo.com and enter your case number. All Answers must be electronically filed by 11:59PM on or FILED before the last day to answer this summons. A service charge applies for online answers. No service charge applies to answers made written or orally at the courthouse.