**Debbie Burkhalter**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Friday, October 31, 2025 4:05 PM |
| **To:** | Debbie Burkhalter |
| **Subject:** | Filing Submitted for Case: 25D22295; ET-15 LP, Transcendent Electra Management, LLC dba ARK Homes for Rent VS Myles Henderson,all others; Envelope Number: 19807211 |

**CAUTION - EXTERNAL:**



# Filing Submitted

Envelope Number: 19807211
Case Number: 25D22295
Case Style: ET-15 LP, Transcendent Electra Management, LLC dba ARK Homes for Rent VS Myles Henderson,all others

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Dekalb County - Magistrate Court |
| **Date/Time Submitted** | 10/31/2025 4:03 PM EST |
| **Filing Type** | Notice |
| **Filing Description** | US District Cout Order for Remand |
| **Type of Filing** | EFile |
| **Filed By** | Debbie Burkhalter |
| **Filing Attorney** | Kevin Weimer |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.<br><br>If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |
| Waiver Selected<br>Case Fees   $0.00<br>Notice         $0.00<br>Grand Total $0.00 |

**Total:** $0.00

| Document Details | |
|---|---|
| **Lead Document** | 5781 dekalb.pdf |
| **Lead Document Page Count** | 7 |
| **File Copy** | Download Document |
| This link is active for 90 days. | |

For technical assistance, contact your service provider



Need Help? Help

No Lawyer? Start Here
Visit: https://georgia.tylertech.cloud/ofsweb
Email: efiling.support@tylertech.com

Please do not reply to this email. It was automatically generated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.